**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                          Case No. 14 B 12892

      Vincent R Morris
      Dominique N Toms-Morris
           Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/07/2014.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Dismissed on 08/07/2014.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,030.48 |
| Less amount refunded to debtor | $253.81 |

**NET RECEIPTS:** **$1,776.67**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,400.92 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $45.75 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,446.67**

Attorney fees paid and disclosed by debtor:    $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accounts Recovery Bureau | Unsecured | 810.11 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| American Cash Loan | Unsecured | 779.86 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris | Unsecured | 769.49 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Chicago Sports Orthopedic | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Water | Unsecured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Parking | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| City of Portage | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| coface collections north america | Unsecured | 1,606.80 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 692.00 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 7,568.34 | NA | NA | 0.00 | 0.00 |
| Consultatnts in Pathology, S.C. | Unsecured | 51.73 | NA | NA | 0.00 | 0.00 |
| Credit Boss, Inc. | Unsecured | 3,750.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| Durham & Durham | Unsecured | 340.20 | NA | NA | 0.00 | 0.00 |
| Escallate Llc | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| Fidelity Creditor Svc | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance | Unsecured | 7,747.00 | NA | NA | 0.00 | 0.00 |
| HIBA Pediatrics SC | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Hollaway-Meyers, Inc. | Unsecured | 28.42 | NA | NA | 0.00 | 0.00 |
| Indiana Dept Of Revenue | Unsecured | 2,600.00 | 5,449.67 | 5,449.67 | 0.00 | 0.00 |
| Indiana Physician Services | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Integrity Solution S | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 7,630.76 | 7,630.76 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 17,000.00 | 50,453.97 | 50,453.97 | 0.00 | 0.00 |
| J.L. Fabian and Associates | Unsecured | 2,463.58 | NA | NA | 0.00 | 0.00 |
| Kerry Davis | Unsecured | 3,644.66 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Komyatte & Associates | Unsecured | 8,012.00 | NA | NA | 0.00 | 0.00 |
| Lake County Business | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| Lease Financial Groupl | Unsecured | 1,360.00 | NA | NA | 0.00 | 0.00 |
| Lee and Fairman, LLP | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Lerman, Boudart & Associates | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| Liberty Mutual Agency Markets | Unsecured | 16,549.52 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 0.00 | 30.65 | 30.65 | 0.00 | 0.00 |
| Monterey Financial Services | Secured | 1,420.00 | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
| Mrs Bpo, Llc. | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjuster | Unsecured | 386.60 | NA | NA | 0.00 | 0.00 |
| NCO Finanacial Systems Inc. | Unsecured | 59.97 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems, | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Nicor | Unsecured | 649.00 | NA | NA | 0.00 | 0.00 |
| Nipsco | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| Northern Leasing Syste | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| Oaklawn Radiology Imaging | Unsecured | 633.92 | NA | NA | 0.00 | 0.00 |
| Portage Christian School | Unsecured | 1,642.20 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 19,060.25 | 19,060.25 | 19,060.25 | 330.00 | 0.00 |
| Snow & Sauer | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| Snow & Sauer | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| St. James Health / Franciscan | Unsecured | 3,199.00 | NA | NA | 0.00 | 0.00 |
| St. Paul's Lutheran School | Unsecured | 739.00 | NA | NA | 0.00 | 0.00 |
| State of IL Dept of Revenue | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| Statewide Credit Ass | Unsecured | 73.31 | NA | NA | 0.00 | 0.00 |
| Surendra Shah, M.D. | Unsecured | 16.42 | NA | NA | 0.00 | 0.00 |
| Vengroff Williams, Inc. | Unsecured | 138.55 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless/Great | Unsecured | 1,215.00 | NA | NA | 0.00 | 0.00 |
| Village of Matte | Unsecured | 580.65 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Dealer Services | Unsecured | 22,694.00 | NA | NA | 0.00 | 0.00 |
| Zoom Media | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,060.25 | $330.00 | $0.00 |
| All Other Secured | $1,200.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,260.25** | **$330.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,630.76 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$7,630.76** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$55,934.29** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,446.67 |
| Disbursements to Creditors | $330.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$1,776.67** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/06/2014                          By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**